United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   J&J SPORTS PRODUCTIONS, INC.,              No. C 12-01703 CRB
12              Plaintiff,                      **ORDER OF DISMISSAL**
13      v.
14   MARIA GUADA MENDOZA DE CORONA,
15              Defendant.
                                    /
16
17          The parties hereto, by their counsel, having advised the Court that they have agreed to a
18   settlement of this case,
19          IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
20   however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of
21   service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
22   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
23   restored to the calendar to be set for trial.
24
25   Dated: November 29, 2012             _____
26                                        CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE
27
28